
SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
MARCH 18, 2025 SESSION


FILED
MAR 18 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                                   CRIMINAL NO. 2:25-cr-00037
                                     21 U.S.C. § 841(a)(1)
                                     18 U.S.C. § 922(g)(1)
**JESSIE JOE GRAVLEY, II**           18 U.S.C. § 924(a)(8)
                                     18 U.S.C. § 924(c)(1)(A)


# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about October 9, 2024, at or near Bruno, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSIE JOE GRAVLEY, II knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and quantities of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," and a quantity of cocaine, all three Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about October 14, 2024, at or near Bruno, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSIE JOE GRAVLEY, II knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about October 17, 2024, at or near Bruno, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSIE JOE GRAVLEY, II knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide, also known as "fentanyl," both Schedule II controlled substances, and a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about October 17, 2024, at or near Bruno, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSIE JOE GRAVLEY, II did knowingly possess a firearm, that is, a loaded Taurus, model PT-25, .25 Auto pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances, and a quantity of heroin, a Schedule I controlled substance in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT FIVE**

1. On or about October 17, 2024, at or near Bruno, Logan County, West Virginia, and within the Southern District of West Virginia, defendant JESSIE JOE GRAVLEY, II knowingly possessed a firearm, that is, a loaded Taurus, model PT-25, .25 Auto pistol, in and affecting interstate commerce.

2. At the time defendant JESSIE JOE GRAVLEY possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about December 17, 2020, in the Circuit Court of Mingo County, West Virginia, of Possession with Intent to Deliver a Schedule II Controlled Substance - Oxymorphone, and Delivery of a Schedule II Controlled Substance - Oxymorphone, in violation of W. Va. Code § 60A-4-401(a)(i).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

LISA G. JOHNSTON
Acting United States Attorney

By: *[signature]*
JUDSON C. MACCALLUM
Assistant United States Attorney